In the Matter of the Petition of EUGENE W. HARRINGTON, Respondent, for an Order Requiring SHELLEY TRACY and Others, Defendants, and JOE M. DAWSON, Appellant, Constituting the Board of Directors of The Maculette Company, Inc., to Account, etc., Pursuant to Section 105 of the Stock Corporation Law.— Order

modified by striking out the third and fourth ordering paragraphs thereof, without prejudice to petitioner to apply for the appointment of a receiver at an appropriate stage of the proceeding, and as modified affirmed, without costs of this appeal to any party. All concur. (The order directs defendants to account and appoints a receiver.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.